## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br>175 Berkely Street<br>Boston, Massachusetts 02117,<br><br>      Plaintiff,<br><br>    v.<br><br>NORTHSTAR SERVICES LTD, INC.,<br>4009 Landis Avenue<br>Sea Isle City, New Jersey 08243,<br><br>      Defendant. | Civil Action No. |

## COMPLAINT

Plaintiff Ohio Security Insurance Company ("OSIC"), by and through its counsel Goldberg Segalla LLP, files this Complaint against the Defendant Northstar Services LTD, Inc. ("Northstar") and alleges the following:

## THE PARTIES

1. OSIC is an insurance company organized under the laws of the State of New Hampshire with its principal place of business at 175 Berkeley Street, Boston, Massachusetts 02117.

2. Upon information and belief, Northstar is a business corporation formed under the laws of Delaware with its principal place of business at 4009 Landis Avenue, Sea Isle City, New Jersey 08243 with a registered agent for service at The Company Corporation, 251 Little Falls Drive, Wilmington, Delaware 19808.

## JURISDICTION AND VENUE

3. This is a civil action wherein jurisdiction is founded on diversity of citizenship.

4. The amount in controversy is in excess of Seventy-Five Thousand ($75,000.00) Dollars exclusive of costs and interest, as specified in 28 U.S. § 1332(a)(1).

5. Venue is properly laid in this district pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district including, but not limited to, OSIC's issuance of multiple insurance policies to Northstar, subsequent audit activities, and Northstar's failure to pay premiums due and owing to OSIC.

## FACTS

6. This dispute arises out of premiums due and owing under two separate insurance policies OSIC issued to Northstar.

7. OSIC provided Workers' Compensation and Employers Liability insurance coverage to Northstar under Policy Number XWS (19) XX-XX-XX-78 effective May 9, 2018 to May 9, 2019 (the "19 Policy").[1]

8. OSIC provided Workers' Compensation and Employers Liability insurance coverage to Northstar under policy number XWS (20) XX-XX-XX-78 effective May 9, 2019 to May 9, 2020 (the "20 Policy").[2]

9. The 19 Policy and the 20 Policy are collectively referred to herein as the "Policies" or the "OSIC Policies."

10. The Policies were subject to audit to determine the premium due for each relevant Policy period.

11. OSIC audited each Policy after its expiration.

---

[1] The complete Policy number has been redacted as same may constitute personally identifying information and/or protected personal information

[2] The complete Policy number has been redacted as same may constitute personally identifying information and/or protected personal information

12. After each audit, OSIC determined that Northstar owed premium on each Policy.

13. On November 18, 2021, OSIC billed Northstar for the outstanding premium due.

14. Northstar did not pay OSIC the premium due for the 19 Policy or the 20 Policy.

## COUNT I – BREACH OF CONTRACT

15. OSIC repeats and re-alleges the preceding allegations in this Complaint as though set forth at length herein.

16. OSIC performed its duties under the Policies by providing Northstar with the policies of insurance Northstar requested.

17. Northstar failed and refused to comply with its audit responsibilities with regard to the Policies.

18. Northstar's failure to pay the premium due on each Policy constitutes a breach of each Policy.

19. OSIC has been damaged by Northstar's breaches of each Policy/contract.

**WHEREFORE**, Plaintiff Ohio Security Insurance Company demands judgment against Northstar as follows:

   a. For compensatory damages (premium) and interest;

   b. For costs of suit; and

   c. For such other and further relief as to the Court may seem just and proper.

## COUNT II – UNJUST ENRICHMENT

20. OSIC repeats and re-alleges the preceding allegations in this Complaint as though set forth at length herein.

21. OSIC sues Northstar, in the alternative, for unjust enrichment.

22. OSIC provided workers' compensation and employer's liability insurance coverage to Northstar for the 19 Policy period and 20 Policy period.

23. During the Policy periods, Northstar enjoyed the benefit of the insurance coverage OSIC provided without fairly compensating OSIC for that insurance coverage.

24. It would be unjust for Northstar to retain the value of the insurance coverage OSIC provided and for which Northstar did not fully pay OSIC.

25. By receiving the value of the insurance coverage without paying the corresponding premium for such coverage, Northstar has been unjustly enriched at OSIC's expense.

26. OSIC has been damaged in an amount corresponding to that amount by which Northstar has been unjustly enriched, and which is in excess of $75,000.

**WHEREFORE**, Plaintiff Ohio Security Insurance Company demands judgment against Northstar as follows:

    a. For compensatory damages (premium) and interest;

    b. For costs of suit; and

    c. For such other and further relief as to the Court may seem just and proper.

## COUNT III – QUANTUM MERUIT

27. OSIC repeats and re-alleges the preceding allegations in this Complaint as though set forth at length herein.

28. OSIC sues Northstar for the reasonable value of the workers' compensation and employer's liability insurance OSIC provided to Northstar during the Policy periods.

29. As set forth herein, the reasonable and unpaid value of that insurance is in excess of $75,000.

**WHEREFORE**, Plaintiff Ohio Security Insurance Company demands judgment against Northstar Services LTD, Inc. as follows:

    a. For compensatory damages (premium) and interest;

    b. For costs of suit; and

    c. For such other and further relief as to the Court may seem just and proper.

                                              **GOLDBERG SEGALLA LLP**

Date: September 25, 2025                By _____
                                              Anthony J. Golowski II, Esq.
                                              Daniel S. Strick, Esq.
                                              Attorneys for Plaintiff
                                              301 Carnegie Center Drive, Suite 200
                                              Princeton, New Jersey 08540
                                              Tel: (609) 986-1325
                                              agolowski@goldbergsegalla.com
                                              dstrick@goldbergsegalla.com